RECEIVED & FILED

JUN 2  3 29 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re ) Case No. BK-S-09-28085 BAM
)
Riley, Michael ) IN PROCEEDINGS UNDER CHAPTER 7
Riley, Jessica )
          Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO: Clerk, United States Bankruptcy Court

FROM: William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 3 | AAFES/MIL Star Exchange<br>Po Box 740933<br>Dallas TX 75374 | | $ 1,507.23 |
| | Sub-Totals | $ 0.00 | $ 1,507.23 |
| | Total check | | $ 1,507.23 |

Date: May 24, 2011

_____
Trustee William A. Leonard, Jr.

RECEIPT #202077  $1507.23